# DIVIDENDS REMITTED TO THE COURT

Case Number 09-10136 - MUSQUIZ, ELANA JAZELLE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Affiliated Credit Services Inc**<br>830 East Platte Avenue<br>Suite A<br>PO Box 58<br>Fort Morgan CO 80701 | 000002 | 54.02 | 0.69 |
| **Hays Medical Group**<br>2220 Canterbury Drive<br>Hays KS 67601-2370 | 000003 | 59.00 | 0.75 |
| **Goodland Regional Medical Center**<br>220 West 2nd Street<br>Goodland KS 67735 | 000004 | 134.53 | 1.72 |
| **Davidson Chiropractic Clinic**<br>1905 Vine Street<br>Hays KS 67601-3258 | 000005 | 221.95 | 2.83 |
| ---------- Remittance Total -------------- | | 469.50 | 5.99 |

STEVEN E. SPETH, Trustee

```
UNITED STATES                                    UNITED STATES
BANKRUPTCY CT-KANSAS                             BANKRUPTCY CT-KANSAS

      Wichita Division                                 Wichita Division

  # 00127499 - HO                                  # 00127498 - HO
   March 23, 2010    0                              March 23, 2010    0

  Code   Case #    Qty    Amount                  Code   Case #    Qty    Amount

  SMALL DI 09-10136        2.83 CH                SMALL DI 09-10136        1.72 CH
   Debtor - MUSQUIZ                                Debtor - MUSQUIZ

  TOTAL0      2.83                                TOTAL0      1.72


  FROM: Steven L. Speth                            FROM: Steven L. Speth
        300 West Douglas                                 300 West Douglas
        Suite 230                                        Suite 230
        Wichita, KS 67202                                Wichita, KS 67202




                                                 UNITED STATES
                                                 BANKRUPTCY CT-KANSAS

   UNITED STATES                                       Wichita Division
   BANKRUPTCY CT-KANSAS
                                                   # 00127497 - HO
      Wichita Division                              March 23, 2010    0

  # 00127496 - HO                                  Code   Case #    Qty    Amount
   March 23, 2010    0
                                                  SMALL DI 09-10136        0.75 CH
  Code   Case #    Qty    Amount                   Debtor - MUSQUIZ

  SMALL DI 09-10136        0.69 CH                TOTAL0      0.75
   Debtor - MUSQUIZ

  TOTAL0      0.69                                 FROM: Steven L. Speth
                                                        300 West Douglas
                                                        Suite 230
  FROM: Steven L. Speth                                  Wichita, KS 67202
        300 West Douglas
        Suite 230
        Wichita, KS 67202
```